Neylan, 9 Cir., 97 F.2d 410, and United States v. Bok et al., 3 Cir., 102 F.2d 358, and the case is remanded for a new trial.

by the final judgment of this court in Becker v. Bank of Commerce Liquidating Co., 102 F.2d 633.

The BARNEBEY–CHENEY ENGINEER-ING COMPANY, O. L. Barnebey, The American Solvent Recovery Corporation, Barnebey Manufacturing Company, and American Active Carbon Corporation, Appellants, v. NATIONAL CARBON COMPANY, Inc., Appellee.

No. 7880.

Circuit Court of Appeals, Sixth Circuit.

May 5, 1939.

Ray S. Gehr and Richard S. Horan, both of Cleveland, Ohio, and Hugh M. Bennett, of Columbus, Ohio, for appellants.

Watson, Bristol, Johnson & Leavenworth, of New York City, Squire Sanders & Dempsey, of Cleveland, Ohio, and Wilson & Rector, of Columbus, Ohio, for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

The parties having agreed upon a settlement of the above-entitled cause, now, upon the subjoined consent of the attorneys for the respective parties, it is hereby ordered that the above entitled appeal, taken October 27, 1937, from an order of the United States District Court for the Southern District of Ohio, Eastern Division, entered September 28, 1937, be and the same hereby is dismissed, without costs to any party.

Louis J. BECKER, Collector of Internal Revenue, Appellant, v. MERCANTILE LIQUIDATING CO.

No. 11315.

Circuit Court of Appeals, Eighth Circuit.

April 19, 1939.

PER CURIAM.

Judgment entered on stipulation of parties that the case abide and be determined

R. L. BLAFFER, Appellant, v. COMMISSIONER OF INTERNAL REVENUE, Appellee.

W. S. FARISH, Appellant, v. COMMISSIONER OF INTERNAL REVENUE, Appellee.

Nos. 8992, 8993.

Circuit Court of Appeals, Fifth Circuit.

May 25, 1939.

For original opinions see 103 F.2d 489; 103 F.2d 1011.

Before FOSTER, SIBLEY, and McCORD, Circuit Judges.

PER CURIAM.

As neither of the judges who concurred in the judgment of the court in the above numbered and entitled causes is of opinion that the petitions for rehearings should be granted, it is ordered that the said petitions be and the same hereby are denied.

Johanna BURNS, Libellant-Appellant, v. Steamer THE GREATER BUFFALO, Her Boilers, Engines, Tackle, Apparel, and Furniture, Respondent-Appellee.

No. 235.

Circuit Court of Appeals, Second Circuit.

May 1, 1939.

John J. Brown, of Buffalo, N. Y. (Hildegarde I. Poppenberg, of Buffalo, N. Y., on the brief), for libellant-appellant.

Locke, Babcock, Hollister & Brown, of Buffalo, N. Y., and Hill, Hamblen, Essery & Lewis, of Detroit, Mich. (Evan Hollister, of Buffalo, N. Y., and Percy J. Power, of Detroit, Mich., of counsel), for respondent-appellee.